Julia ROBINSON et al., etc.,
Plaintiffs-Appellants,

v.

William H. KIMBROUGH et al., etc.,
Defendants-Appellees.

No. 75–2135.

United States Court of Appeals,
Fifth Circuit.

March 17, 1977.

Jerry ST. JOHN, Petitioner-Appellee,

v.

W. J. ESTELLE, Jr., Director,
Respondent-Appellant.

No. 76–1178.

United States Court of Appeals,
Fifth Circuit.

March 17, 1977.

Ellen Leitzer, Laughlin McDonald, Neil T. Bradley, Atlanta, Ga., for plaintiffs-appellants.

Forrest L. Champion, Jr., Columbus, Ga., W. Kendrick Askew, Pine Mountain, Ga., for defendants-appellees.

Arthur K. Bolton, Atty. Gen., Atlanta, Ga., for amicus curiae (on rehearing).

Marianne Wesson Cantrick, Asst. Atty. Gen., John L. Hill, Atty. Gen., Richel Rivers, Asst. Atty. Gen., Austin, Tex., for respondent-appellant.

Ray J. McQuary, Ken Anderson, Staff Counsel for Inmates, Darrington Unit, Rosharon, Tex., for petitioner-appellee.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion October 22, 1976, 5 Cir.,
1976, 540 F.2d 1264).

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion January 3, 1977, 5 Cir., 1977,
544 F.2d 894).

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk shall set a briefing schedule for the filing of supplemental briefs.